**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2**
**Eastern Division**

Clifton Thurman
                         Plaintiff,

v.                                                  Case No.: 1:07–cv–03701
                                                  Honorable Blanche M. Manning

City of Harvey, et al.
                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, October 16, 2008:

      MINUTE entry before the Honorable Maria Valdez: Rule to show cause hearing held on 10/16/08. Deponent Sergeant Terrance Cochran present as ordered. Therefore, defendant City of Harvey's motion for Rule To Show Cause [38] is dismissed. Deposition shall be held on 11/12/08. Mailed notice(yp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.