IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CLIFTON THURMAN, | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) No. 07-cv-3701 |
| -vs- | ) |
| | ) *(Judge Manning)* |
| CITY OF HARVEY and | ) |
| HARVEY POLICE OFFICERS | ) |
| WHITE and SMITH, | ) |
| | ) |
| *Defendants.* | ) |

## STIPULATION TO DISMISS

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties hereby stipulate to the dismissal of this action with prejudice and without costs.

/s/ Kenneth N. Flaxman

———————————————

KENNETH N. FLAXMAN
ARDC No. 830399
200 South Michigan Avenue
Suite 1240
Chicago, Illinois 60604-2430

(312) 427-3200 (phone)
(312) 427-3930 (fax)
knf@kenlaw.com

*attorney for plaintiff*

/s/ Brian Gainer (with consent)

———————————————

Brian Gainer
Johnson & Bell
33 W Monroe Street, Ste 2700
Chicago, IL 60603-5404
*attorney for defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of March, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Brian Gainer, Johnson & Bell, 33 W Monroe Street, Ste 2700, Chicago, IL 60603-5404, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: none.

/s/ Kenneth N. Flaxman

_____
Kenneth N. Flaxman
ARDC Number 08830399
200 S Michigan Ave, Ste 1240
Chicago, IL 60604-2430
(312) 427-3200 (phone)
(312) 427-3930 (fax)
knf@kenlaw.com (email)